UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEENAN PARKER,

                            Plaintiff,                    **ORDER**

      -against-                          23 Civ. 9326 (NSR) (AEK)

DAVID SANTIAGO, C.O. K. BREIDENSTEIN,
L. STANAWAY, CAPTAIN BEY,

                            Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A conference was held in this matter on April 10, 2025 before Judge Krause. At the conference, the Court and the parties discussed, among other things, Defendants' anticipated motion to dismiss the Amended Complaint (ECF No. 51). This order memorializes the briefing schedule for that motion as set forth at the conference, and the procedure for serving the motion, in accordance with Judge Román's standard practices.

      1.     Defendants must serve, but not file, their motion to dismiss the Amended Complaint by May 1, 2025.

      2.     By June 5, 2025, Plaintiff must mail a copy of his opposition to the motion to dismiss to both Judge Krause's chambers and to the Attorney General's Office at the addresses listed below.

| | |
|---|---|
| Hon. Andrew E. Krause<br>The Hon. Charles L. Brieant Jr.<br>Federal Building and United States<br>Courthouse<br>300 Quarropas St.<br>White Plains, NY 10601-4150 | Elizabeth Barbanes<br>NYS Office of The Attorney General<br>Westchester Regional Office<br>44 South Broadway<br>White Plains, NY 10601 |

3. Defendants must serve their reply by June 26, 2025.

4. Also on June 26, 2025, defense counsel must file on the docket all motion documents, including Plaintiff's opposition, and provide two sets of paper courtesy copies of the motion documents to Judge Román's chambers.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: April 10, 2025
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge