UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KEENAN PARKER,

                    Plaintiff,              **ORDER**

       -against-              23 Civ. 9326 (NSR) (AEK)

C.O. D. SANTIAGO, *et al.,*

                    Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is hereby scheduled for a telephonic status conference before Magistrate Judge Krause on **Friday, January 16, 2026 at 2:30 p.m.  Counsel for defendants must make arrangements with the appropriate correctional facility to have the plaintiff available via telephone.**

      The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

Dated:  December 22, 2025
        White Plains, New York

                                **SO ORDERED.**

                                  ANDREW E. KRAUSE
                                  United States Magistrate Judge