USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/9/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                      :

KEENAN PARKER,                      :

                            :

       -v-                    :              23-CV-9326 (NSR)

                            :

C.O D. SANTIAGO, C.O. K. BREIDENSTEIN, I.G.R.P.  :             ORDER
STANAWAY and CAPTAIN BAY,           :

                            :

               Defendants      :

-----------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge:

By Opinion and Order dated October 28, 2025 (ECF No. 72 (the "Opinion")), the Court granted Defendants' motion to dismiss in part and dismissed Plaintiff's Fourteenth Amendment due process claims and Eighth Amendment deliberate indifference claims without prejudice to repleading, while dismissing with prejudice Plaintiff's Eighth Amendment excessive force claims against Defendants C.O. Santiago, Captain Bey, and Rep. Stanaway, and Plaintiff's Section 1983 conspiracy claim against all Defendants. The Court granted pro se Plaintiff leave to file a Second Amended Complaint ("SAC") by December 1, 2025, limited to the claims dismissed without prejudice, and advised Plaintiff that failure to do so would result in those claims being dismissed with prejudice.

Plaintiff has failed to file a SAC by December 1, 2025, and has not sought an extension of time. Accordingly, pursuant to the Court's Opinion, Plaintiff's Fourteenth Amendment due process claims and Eighth Amendment deliberate indifference claims are now DISMISSED WITH PREJUDICE as to Defendants C.O. Santiago, Captain Bey, and Rep. Stanaway. Those Defendants are hereby terminated from the action.

Plaintiff's sole remaining claim is his Eighth Amendment excessive force claim against Defendant C.O. Breidenstein, which was not dismissed in the Opinion and Order and remains pending. Defendant Breidenstein's Answer filed at ECF No. 73 shall be deemed operative as to that remaining claim.

The Clerk of Court is respectfully directed to mail a copy of this endorsement to pro se Plaintiff at the address listed on ECF and to show service on the docket.

Dated: January 9, 2026
      White Plains, New York

SO ORDERED:

_____

NELSON S. ROMÁN
United States District Judge