UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEENAN PARKER,

                        Plaintiff,             **ORDER**

         -against-                 23 Civ. 9326 (NSR) (AEK)

C.O. K. BREIDENSTEIN,

                        Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court held a status conference on April 21, 2026 and set the following deadlines:

       (1)     Plaintiff's initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure must be served—that is, mailed to Defendant's counsel, not filed with the Court—by **May 5, 2026**.

       (2)     Depositions must be completed by **June 5, 2026**.

       (3)     Defendant's counsel must submit a status report to this Court by **June 12, 2026**.

       The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: April 22, 2026
      White Plains, New York

                                   **SO ORDERED.**

                                _____

                               ANDREW E. KRAUSE
                               United States Magistrate Judge