UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————X

KEENAN PARKER, 99A4055,

                Case No. 23-Civ-9326 (NSR/AEK)

              Plaintiff,

       - against –

C.O. SANTIAGO , et al.                **ORDER AUTHORIZING THE
DEPOSITION OF
INCARCERATED PLAINTIFF**

              Defendants.

———————————————————— X

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Keenan Parker, DIN No. 99-A-4055, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

      Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated:  April 22 , 2026
        White Plains, New York

                  SO ORDERED.

                  ANDREW E. KRAUSE
                  United States Magistrate Judge

cc: Keenan Parker, 99A4055
    Plaintiff Pro Se
    Attica Correctional Facility
    639 Exchange St Rd, PO Box 149
    Attica, New York, 14011-0149