UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEENAN PARKER,

                            Plaintiff,                    **ORDER**

            -against-                        23 Civ. 9326 (NSR) (AEK)

C.O. K. BREIDENSTEIN,

                            Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       This matter is hereby scheduled for a telephonic status conference before Magistrate Judge Krause on **Friday, July 10, 2026 at 11:00 a.m.**  To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.  **Counsel for Defendant must make arrangements with the appropriate correctional facility to have Plaintiff available via telephone.**

       The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: June 15, 2026
       White Plains, New York

                            **SO ORDERED.**

                            _____
                           ANDREW E. KRAUSE
                           United States Magistrate Judge